## STATE v. DAVIS

No. 243P93

Case below: 110 N.C.App. 272

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## STATE v. FARRIS

No. 320P93

Case below: 111 N.C.App. 254

Petition by Attorney General for writ of supersedeas and temporary stay denied 10 August 1993.

## STATE v. FORESTER

No. 302P93

Case below: 111 N.C.App. 267

Motion made by Attorney General for temporary stay allowed 5 August 1993.

## STATE v. HAMRICK

No. 227P93

Case below: 110 N.C.App. 60

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 July 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1993.

## STATE v. HAWKINS

No. 286P93

Case below: 110 N.C.App. 837

Petition by Attorney General for writ of supersedeas and temporary stay denied 23 July 1993.